UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

EMILIO PINERO,                                          CASE NO. 1:20-cv-23971-RNS

        Plaintiff,

v.

BLOCK G PHASE 1, LLC, and DOMIO
MWC LLC d/b/a DOMIO a/k/a CAOBA
MIAMI WORLDCENTER,

        Defendants.
_____/

### DEFENDANTS' SECOND *UNOPPOSED* MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

Defendants Block G Phase 1, LLC ("Block G") and Domio MWC LLC ("Domio") hereby move under Federal Rule of Civil Procedure 6(b)(1) and Southern District of Florida Local Rule 7.1 for a three-week enlargement of time, up to and including December 2, 2020, to file their responses to Plaintiff's Complaint. In support of this Motion, Defendants state as follows:

1. Domio was served with process on September 30, 2020. ECF No. 7.

2. Block G was served with process on October 1, 2020. ECF No. 6.

3. The response to Plaintiff's Complaint for both Defendants is currently due on November 11, 2020, after the Court granted each Defendant's first unopposed motion for an extension of time. ECF Nos. 9, 11.

4. Defendants' counsel's investigation into Plaintiff's allegations is ongoing. The Parties, moreover, are actively discussing a possible and early resolution to this matter.

5. Accordingly, Defendants respectfully request a three-week enlargement of time, up to and including December 2, 2020, to respond to Plaintiff's Complaint.

6.	The granting of this Motion will not prejudice any party, as Plaintiff does not oppose this enlargement, and this enlargement is being sought in good faith and not for delay or any other improper purpose.

WHEREFORE, Defendants respectfully requests that the Court grant their Second *Unopposed* Motion for Enlargement of Time, up to and including December 2, 2020, to file their response to Plaintiff's Complaint.

## Memorandum of Law

Under Federal Rule of Civil Procedure 6(b), upon good cause shown, the Court has the authority to enlarge the period of time within which a defendant may serve its response to the Complaint. *See, e.g.*, *Woods v. Allied Concord Fin. Corp.*, 373 F.2d 733, 734 (5th Cir. 1967); *Harris v. Siegel*, 438 F. Supp. 510, 513 (S.D. Fla. 1977). Unless the deadline for response has passed, any motion for enlargement remains timely. *See Lujan v. Nat'l Wildlife Fed'n*, 497 U.S. 871, 895 & n.5 (1990); *see also Ritter v. Smith*, 811 F.2d 1398, 1403-05 (11th Cir. 1987), *cert. denied*, 483 U.S. 1010 (1987). Courts have recognized that timely motions under Federal Rule of Civil Procedure 6(b)(1) generally are granted, and that such enlargements are "readily" available. *See, e.g.*, *Sherrod v. Piedmont Aviation, Inc.*, 516 F. Supp. 39, 41 & n.1 (E.D. Tenn. 1978); *In re Pioneer Inv. Servs. Co.*, 106 B.R. 510, 515 (Bankr. E.D. Tenn. 1989). As this Motion sets forth good cause for the requested enlargement of time, it would be an appropriate exercise of the Court's discretion to grant the requested enlargement of time.

WHEREFORE, for good cause shown, Defendants respectfully request that the Court grant their Second *Unopposed* Motion for Enlargement of Time, up to and including December 2, 2020, to respond to Plaintiff's Complaint.

## CERTIFICATE OF COMPLIANCE WITH S.D. FLA. L.R. 7.1(a)(3)

Pursuant to Southern District of Florida Local Rule 7.1(a)(3), Defendants' counsel contacted Plaintiff's counsel regarding the relief requested in this Motion, and Plaintiff has no objection to the requested extension.

Dated this 10th day of November, 2020.

                                                  Respectfully submitted,

                                                  /s/ Beth S. Joseph
Anne Marie Estevez
   Florida Bar No. 991694
   Email: anne.estevez@morganlewis.com
Beth S. Joseph
   Florida Bar No. 0062952
   Email: beth.joseph@morganlewis.com
Morgan, Lewis & Bockius LLP
200 South Biscayne Boulevard
Suite 5300
Miami, FL 33131-2339
Telephone: 305.415.3330
Facsimile: 877.432.9652

*Counsel for Defendants*

## CERTIFICATE OF ELECTRONIC FILING AND SERVICE

I hereby certify that on November 10, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                /s/ Beth S. Joseph
                                                Beth S. Joseph

## SERVICE LIST

**Lauren Nicole Wassenberg**
1825 NW Corporate Blvd
Suite 110
Boca Raton, FL 33431
561-571-0646
Fax: 561-571-0647
Email: wassenbergl@gmail.com

**Glenn R Goldstein**
Morales, Goldstein & Barducci, PLLC
150 SE 2nd Ave, Ste. 805
Miami, FL 33131
561-573-2106
Fax: (305) 400-0722
Email: ggoldstein@g2legal.net

*Counsel for Plaintiff*