**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

EMILIO PINERO,                                    CASE NO. 1:20-cv-23971-RNS

        Plaintiff,

v.

BLOCK G PHASE 1, LLC, and DOMIO
MWC LLC d/b/a DOMIO a/k/a CAOBA
MIAMI WORLDCENTER,

        Defendants.
_____/

**ORDER GRANTING DEFENDANTS' SECOND *UNOPPOSED* MOTION FOR**
**ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

THIS MATTER is before the Court upon Defendants Block G Phase 1, LLC and Domio MWC LLC's Second *Unopposed* Motion for Enlargement of Time to Respond to Plaintiff's Complaint ("Motion"). Upon due consideration, it is hereby

ORDERED and ADJUDGED that:

(1)  Defendants' Motion is GRANTED;

(2) Defendants shall have up to and including December 2, 2020, to respond to Plaintiff's Complaint.

DONE AND ORDERED in Chambers in Miami, Florida this \_\_\_ day of November, 2020.

                                              _____
                                              ROBERT N. SCOLA, JR.
                                              UNITED STATES DISTRICT JUDGE

cc:  All Counsel of Record